SUMNER E. CLAGGETT et al., as Administrators, etc., Respondents,
      *v.* THE METROPOLITAN NATIONAL BANK, Appellant.

(Argued January 19, 1891; decided February 3, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made May 16, 1890, which affirmed a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*Fisher A. Baker* for appellant.

*Leslie W. Russell* for respondents.

Agree to affirm on opinion below.
All concur.
Judgment affirmed. _____

JAMES B. TITMAN et al., as Administrators, etc., Appellants, *v.* THE MAYOR, ALDERMEN AND COMMONALTY OF THE CITY OF NEW YORK, Respondent.

(Argued January 21, 1891; decided February 3, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made July 18, 1890, which overruled plaintiffs' exceptions and ordered judgment for defendant.

*L. Laflin Kellogg* for appellants.

*D. J. Dean* for respondent.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.